No. 2059. State *v.* Moore. April Term, 1887. This was an order PER· CURIAM filed May 9, 1887, refusing to restore to the docket an appeal which had been dismissed by the clerk. *Murray, Breazeale & Murray*, for the motion. *Mr. Orr*, solicitor, contra.

[Note.—In the case of *Brazel* v. *Fair*, *ante*, p. 380, the names of *Bachman & Youmans* should also have appeared as attorneys for appellant.—Reporter.]